IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CLEAR WITH COMPUTERS, LLC**<br><br>                    Plaintiff,<br><br>       v.<br><br>**KENNAMETAL, INC.,**<br><br>                    Defendant. | Case No. 6:13-CV-00161-LED<br>**LEAD CASE**<br><br>Case No. 6:13-CV-00174-LED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Clear With Computers, LLC and defendant Kennametal, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Clear With Computers, LLC and defendant Kennametal, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated September 26, 2013.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 10th day of October, 2013.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE